## PAINE v. McCARTHY, appellant.

*Practice — time for appearing and answering — summons without service of complaint.*

On the 12th day of June, the defendant was served with a summons neither accompanied by, nor required to be accompanied by a complaint. The defendant having served no appearance or answer before the 8th of July, the plaintiff entered judgment. The defendant claimed that the judgment should be set aside, as irregular, on the ground that the plaintiff served a complaint at defendant's office on the 19th of June, and the defendant's time to appear and answer did not expire until the 9th of July, on which day he served an answer. The judge below denied defendant's motion, but gave him liberty, on certain conditions, to come in and defend. *Held,* that the order was correct. Section 130 of the Code expressly shows that, to entitle the defendant to a copy of the complaint, he should appear within the twenty days after service of the summons, and that the complaint need not accompany the summons. This construction has been given by the court. *Van Pelt* v. *Boyer,* 7 How. 325.

APPEAL from an order of special term on an action by Joseph E. Paine against Edward D. McCarthy.

*Edward D. McCarthy,* appellant in person.

*James E. Bedell,* for respondent.

DONOHUE, J.

The head-note contains the entire opinion.

*Order affirmed.*